Edward W. Swanson, SBN 159859
Alexis Haller, SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for YVONNE JENKINS O'NEAL

*E-FILED - 2/6/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YVONNE JENKINS O'NEAL and LAVERA LINCOLN,<br><br>Defendants. | Case No. CR 07-00320 RMW (PVT)<br><br>STIPULATION AND []<br>ORDER WAIVING DEFENDANT<br>YVONNE O'NEAL'S APPEARANCE AT<br>JANUARY 28, 2008 STATUS HEARING |

**STIPULATION**

Defendant Yvonne O'Neal and the United States, by and through their respective counsel, hereby stipulate and agree that Ms. O'Neal does not need to appear at the status hearing currently set for January 28, 2008. The hearing conflicts with Ms. O'Neal's work schedule, and undersigned counsel agree that Ms. O'Neal's presence is not required given that the hearing will address discovery issues.

IT IS SO STIPULATED.

Dated: January 23, 2008

                                                /s/
                                    CARLOS SINGH
                                    Assistant United States Attorney
                                    Counsel for the United States

\\\

\\\

\\\

Dated: January 23, 2008

          /s/
ALEXIS HALLER
Swanson, McNamara & Haller LLP
Counsel for Yvonne Jenkins O'Neal

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 6, 2008

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge